IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00638-PAB-MEH

KEVIN DETREVILLE,

    Plaintiff,

v.

SERGEY GUREVICH, and
JULIE WEINHEIMER,

    Defendants.

---

**FINAL PRETRIAL ORDER**

---

The Parties, by and through undersigned counsel, hereby submit the Final Pretrial Order:

**1. DATE AND APPEARANCES**

A Final Pretrial Conference is scheduled for May 8, 2024 at 10:00 a.m. before United States Magistrate Judge Michael E. Hegarty in Courtroom A-501 of the Alfred A. Arraj Courthouse.

Appearing for the parties are:

| | |
|---|---|
| Raymond K. Bryant | Honor K. Moore |
| Zachary L. Shiffler | Andres Alers |
| Civil Rights Litigation Group, PLLC | Denver City Attorney's Office |
| 1543 Champa St., #400 | Civil Litigation Section |
| Denver, CO 80202 | 201 W. Colfax Ave., Dept. 1108 |
| P: 720-515-6165 | Denver, Colorado 80202 |
| F: 303-534-1949 | P: (720) 913-3100 |
| Raymond@rightslitigation.com | F: (720) 913-3155 |
| Zach@rightslitigation.com | Honor.moore@denvergov.org |
| *Attorneys for Plaintiff* | Andres.alers@denvergov.org |
| | *Attorneys for Defendants* |

## 2. JURISDICTION

Jurisdiction is proper pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1331. Venue is proper pursuant to 28 U.S.C. § 1391(b). Jurisdiction and venue are not disputed.

## 3. CLAIMS AND DEFENSES

a) *Plaintiff*:

Pending the Court's determination on the parties' motions for summary judgment, Plaintiff has four claims for trial: (1) unlawful arrest against both defendants, (2) malicious prosecution against Defendant Gurevich, (3) First Amendment retaliation, and (4) Equal Protection violation for racially-selective law enforcement against both defendants. The claims are based on Plaintiff's arrest while he was video recording outside of the Denver District 5 Station. The unlawful arrest caused Plaintiff to be wrongfully prosecuted until the district attorney dismissed the criminal case. The Equal Protection violation is based on Defendants' disparate treatment of Plaintiff during the incident.

b) *Defendants*:

Defendants deny that Plaintiff was subject to any violation of his Constitutional rights and deny that Plaintiff's arrest was unlawful. Defendants incorporate by reference all applicable defenses and affirmative defenses raised in this matter in their Answer filed with the Court [Doc. 39], including qualified immunity, Defendants' actions were undertaken in good faith, Plaintiff caused his own injuries and damages, and Plaintiff failed to mitigate his damages. Denver reserves the right to include additional defenses and affirmative defenses and/or delete defenses and affirmative defenses that have become applicable or non-applicable.

## 4. STIPULATIONS

The parties stipulate to the following facts:

1. On November 10, 2019, Officers Gurevich and Weinheimer arrested Mr. Detreville for videorecording in the Denver District 5 Police Station.

## 5. PENDING MOTIONS

The Parties currently have cross-motions for summary judgment pending before the Court. Plaintiff filed his Motion for Partial Summary Judgment on February 6, 2024. Doc. 71. Defendants filed their Response to Plaintiff's Motion on March 8, 2024. Doc. 76. Plaintiff filed his Reply on March 22, 2024. Doc. 79. Defendants filed their Motion for Summary Judgment on March 8, 2024. Doc. 77. Plaintiff filed his Response to Defendants' Motion on March 22, 2024. Doc. 79. Defendants' filed their Reply on April 12, 2024. Doc. 84.

## 6. WITNESSES

a) Plaintiff's Witnesses:

<u>Plaintiff's Witnesses who will be present at trial:</u>

1) **Kevin Detreville**. Mr. Detreville is the plaintiff in this case, and he is expected to testify in person regarding his claims and damages. C/o Civil Rights Litigation Group, LLP, 1543 Champa St., Ste. #400, Denver, CO 80202. 720-515-6165.

2) **Sergey Gurevich**. Mr. Gurevich is a defendant in this case, and he is expected to testify in person regarding Plaintiff's claims and damages. C/o Denver City Attorney's Office. 201 W Colfax Ave., Denver, CO 80202. 720-913-8050.

3) **Julie Weinheimer**. Ms. Weinheimer is a defendant in this case, and she is expected to testify in person regarding Plaintiff's claims and damages. C/o Denver City Attorney's Office. 201 W Colfax Ave., Denver, CO 80202. 720-913-8050.

Plaintiff's witnesses who may be present at trial:

1) **John Reed**. Mr. Reed is a witness in this case regarding his video recording of the Denver District 5 Station on November 13, 2019. He may testify in person regarding Plaintiff's claims. 739 Miller Ave. #3, Brighton, CO 80601. 720-220-2634.

2) **Kenneth Morrill**. Mr. Morrill was the supervising sergeant involved with Plaintiff's arrest. He may testify in person regarding Plaintiff's claims and damages. C/o Denver City Attorney's Office. 201 W Colfax Ave., Denver, CO 80202. 720-913-8050.

3) **Taggart Mosholder**. Mr. Mosholder was the Deputy District Attorney that handled the prosecution of Plaintiff's criminal case. He may be called to testify concerning the prosecution, the evidence provided by the officers, the basis for the prosecutorial dismissal, and Plaintiff's damages. Denver District Attorney's Office. 370 17th St., Denver, CO 80202. 720-913-9001.

4) **City and County of Denver**. A representative for the City and County of Denver may be called to testify in person regarding Denver's training, policies, and procedures. Denver City Attorney's Office. 201 W Colfax Ave., Denver, CO 80202. 720-913-8050.

5) **Marley Bordovsky**. Ms. Bordovsky worked for the City and County of Denver at the time of the incident, and she was an available resource for officers confronting First Amendment auditors. She may be called to testify in person regarding Denver's training and Plaintiff's claims and damages. Denver City Attorney's Office. 201 W Colfax Ave., Denver, CO 80202. 720-913-8050.

6) **Allison Rocker**. Ms. Rocker worked for the City and County of Denver at the time of the incident, and she was an available resource for officers confronting First Amendment auditors. She may be called to testify in person regarding Denver's training and Plaintiff's claims and damages. Denver City Attorney's Office. 201 W Colfax Ave., Denver, CO 80202. 720-913-8050.

7) **Emela Jankovic**. Ms. Jankovic worked for the City and County of Denver at the time of the incident, and she was an available resource for officers confronting First Amendment auditors. She may be called to testify in person regarding Denver's training and Plaintiff's claims and damages. Denver City Attorney's Office. 201 W Colfax Ave., Denver, CO 80202. 720-913-8050.

Any and all witnesses referred to by Defendants in this Pretrial Order.

Any witnesses necessary for impeachment purposes.

Any witnesses necessary to establish document foundation and authenticity.

<u>Plaintiff's witnesses where testimony is expected to be presented by means of a deposition</u>:

None known at this time, but Plaintiff reserves the right to supplement if any witnesses become unavailable for trial.

<u>Retained experts who will be present at trial</u>:

None.

<u>Expert witnesses who may be present at trial if the need arises</u>:

None.

b) Defendants' Witnesses:

(1) Witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));

1. Kevin Detreville
   c/o Plaintiff's counsel

    2. Sergey Gurevich
       c/o Defense counsel

    3. Julie Weinheimer
       c/o Defense counsel

(2) Witnesses who may be present at trial if the need arises (see Fed. R. Civ. P. 26(a)(3)(A));

    1. Kenneth Morrill
       Denver Police Department
       c/o Civil Liabilities Bureau

    2. John Reed
       739 Miller Avenue #3, Brighton, CO 50601

    3. David Archbell
       1204 West Stuart Street, Apartment 182A, Fort Collins, CO 80526

    4. Records custodian for authentication (if necessary)

    5. Any witness referred to or disclosed by Plaintiff

    6. Any witness necessary for impeachment

## 7. EXHIBITS

a) Plaintiff's Exhibits:

    1) Plaintiff's cell phone recording

    2) Gurevich's body worn camera recording

    3) Weinheimer's body worn camera recording

    4) Denver Police Department General Offense Report

    5) Gurevich's probable cause affidavit

    6) Photo of sign in Police Station

    7) Photo of Arie P. Taylor Municipal Center Sign

    8) First Amendment training bulletin

9) First Amendment training video

10) Denver Police Department District 5 Station – Google Street View

11) Docket report and sealing order from criminal case

12) Criminal summons and complaint

13) John Reed's cell phone recording

14) Denver Police Department Policy Manual

15) Denver Sheriff's Department transportation log

16) Plaintiff's fingerprint scan record

17) Gurevich IA history

18) Defendants' written discovery responses

19) All transcripts of depositions taken in this case

b) Defendants' Exhibits:

The fact that an exhibit has been identified below does not indicate that Defendants stipulate or agree to its admissibility. Rather, some or all of the noted exhibits may be used for impeachment purposes or to refresh recollections, without the exhibit being admitted into evidence. Defendants reserve the right to supplement this exhibit list.

| No. | Exhibit | Stipulation |
|---|---|---|
| A | Plaintiff's cellphone video (DETREVILLE 1) | |
| B | Weinheimer body-worn camera footage (DEFENDANTS 54) | |
| C | Gurevich body-worn camera footage (DEFENDANTS 53) | |
| D | GO Report 2019-71599 (DEFENDANTS 3–28) | |
| E | Probable cause statement (DETREVILLE 43–44) | |
| F | Photo of no-recording sign (DEFENDANTS 55) | |

7

| | | |
|---|---|---|
| G | Police Station Photo | |
| H | First Amendment training bulletin (DEFENDANTS 1046–48) | |
| I | Detreville, Kevin, 906043 (DEFENDANTS 1169-1170) | |
| J | 10-NOV-2019 – Scout van log.prf (DEFENDANTS 1171-1186) | |
| K | 2019 Court Schedule (DEFENDANTS 1187) | |
| L | Plaintiff's deposition | |
| M | Gurevich deposition | |
| N | Weinheimer deposition | |
| O | Morrill deposition | |
| P | Archbell Deposition | |
| Q | 19M8970 case summary | |
| R | Weinheimer calendar (DEFENDANTS 887) | |
| S | Gurevich calendar (DEFENDANTS 886) | |
| T | Any exhibit needed for impeachment | |
| U | Any exhibit referred to or disclosed by Plaintiff | |
| V | Plaintiff's discovery responses | |

## 8. DISCOVERY

Discovery has been completed.

## 9. SPECIAL ISSUES

None at this time.

## 10. SETTLEMENT

Undersigned counsel for the parties hereby certifies that:

a) Counsel for the parties have discussed the possibility of settlement via email, telephone, and settlement conference. A settlement conference was held on May 23, 2023, which all parties attended in person.

b) The participants in the settlement conference included counsel, party, and representatives.

c) The parties were promptly informed of all offers of settlement.

d) Counsel for the parties do not intend to hold future settlement conferences.

e) It appears from the discussion by all counsel that there is no possibility of settlement.

f) Counsel for the parties considered ADR in accordance with D.C.COLO.LCivR. 16.6.

## 11. OFFER OF JUDGMENT

Counsel acknowledge familiarity with the provision of Rule 68 (Offer of Judgment) of the Federal Rules of Civil Procedure. Counsel have discussed it with the clients against whom claims are made in this case.

## 12. EFFECT OF FINAL PRETRIAL ORDER

Hereafter, this Final Pretrial Order will control the subsequent course of this action and the trial, and may not be amended except by consent of the parties and approval by the court or by order of the court to prevent manifest injustice. The pleadings will be deemed merged herein. This Final Pretrial Order supersedes the Scheduling Order. In the event of ambiguity in any provision of this Final Pretrial Order, reference may be made to the record of the pretrial conference to the extent reported by stenographic notes and to the pleadings.

## 13. TRIAL AND ESTIMATED TRIAL TIME; FURTHER TRIAL PREPARATION PROCEEDINGS

1) The trial is to a jury.

2) The trial is estimated to take three to four (3-4) days.

3) The trial will be held at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 19th St., Denver, CO.

4) There are no other orders pertinent to the trial proceedings at this time.

DATED this 8th day of May, 2024.

BY THE COURT:

S/Michael E. Hegarty
Honorable Michael E. Hegarty
Chief United States Magistrate Judge